UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Mag. No. 98-111-LPC |
| ) | |
| JOSEPH FENTON ) | |

FILED
IN CLERKS OFFICE
2005 FEB 17  P 2:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

### STATUS REPORT

In response to the Court's February 8, 2005 Conditional Order of Dismissal, the United States, by its undersigned counsel, hereby requests that the above-entitled case remain open.

After consultation with agents of the Federal Bureau of Investigation, government counsel submits that the defendant remains a fugitive from justice in violation of 18 U.S.C. § 1073 and that the outstanding warrant of arrest should remain active.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney

Dated:   February 17, 2005