AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

JOSEPH FENTON

CASE NUMBER: 98-M00111-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ⎯⎯⎯ JOSEPH FENTON ⎯⎯⎯
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful flight to avoid confinement.

in violation of Title _____18_____ United States Code, Section(s) _1073_

Lawrence P. Cohen
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

December 15, 1998  Boston, Massachusetts
Date and Location

Bail fixed at $ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ by ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                              Name of Judicial Officer

---

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at |   |
|---|---|
| WARRANT EXECUTED BY FBI ARREST/ARRAIGNMENT OF THE | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

*FBI arrested*